PEARSON, J.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| JAMES WOFFORD, | ) | |
| | ) | CASE NO.  4:17CV1397 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | JUDGE BENITA Y. PEARSON |
| | ) | |
| S.E.T., INC., | ) | |
| | ) | |
| Defendant. | ) | **JUDGMENT ENTRY** |

This action came on for trial before the Court and a jury.  The issues having been duly tried and the jury has duly rendered its general verdict accompanied by answers to interrogatories.  ECF No. 74.

It is Ordered and Adjudged that judgment is entered in favor of Defendant S.E.T., Inc. and Plaintiff James Wofford recovers nothing.

This judgment entry constitutes entry of judgment pursuant to Fed. R. Civ. P. 58.  Final.

IT IS SO ORDERED.

  August 9, 2018                                        */s/ Benita Y. Pearson*
Date                                                    Benita Y. Pearson
                                                          United States District Judge